654 A.2d 466

IN THE MATTER OF MARVIN S. DAVIDSON,
AN ATTORNEY AT LAW.

March 2, 1995.

## ORDER

This matter having been duly presented to the Court on the motion of **MARVIN S. DAVIDSON** for an extension of time of the effective date of the Court's Order of suspension dated February 7, 1995,

And good cause appearing;

It is ORDERED that the motion for an extension of time of the effective date of suspension is granted; and it is further

ORDERED that respondent is hereby suspended from the practice of law for a period of three months, effective March 15, 1995, and until the further Order of the Court; and it is further

ORDERED that respondent's application is, in all other respects, denied.